UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RICKY L. DILLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00045-RLY-CSW |
| | ) |
| JOSEPH H. HOGSETT, | ) |
| NICHOLAS HENDERSON, | ) |
| MATTHIAS D. ONDERAK, | ) |
| MICHAEL SIDES, | ) |
| BRIAN UNDERWOOD, | ) |
| KEITH WHITLER, | ) |
| RICK EBERHARD, | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **dismissed with prejudice**.

Date: 9/18/2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Dafle___
Deputy Clerk, U.S. District Court

Distribution:

RICKY L. DILLARD
10318-028
POLLOCK - USP
POLLOCK U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2099
POLLOCK, LA 71467